UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHELLE L. SMITS,

    Plaintiff,

  v.                                                Case No. 13-C-157

CAROLYN W. COLVIN,
Acting Commissioner for Social Security Administration,

    Defendant.[1]

## ORDER OF REMAND PURSUANT TO SENTENCE FOUR
## OF SECTION 205 OF THE SOCIAL SECURITY ACT

This case is before the Court pursuant to a Joint Motion for Remand to the Acting Commissioner for Further Action filed on June 24, 2013, based on an agreement by the parties that the case should be remanded to the Acting Commissioner for further proceedings.

**THEREFORE, IT IS HEREBY ORDERED** that this matter is remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

**NOW, THEREFORE, IT IS ORDERED,** that the Joint Motion for Remand be granted.

---

[1] On February 14, 2013, Carolyn Colvin became Acting Commissioner of Social Security. Pursuant to the Social Security Act and the Federal Rules of Civil Procedure, Carolyn Colvin is automatically substituted as Defendant-Appellee in this suit, which services notwithstanding the change. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)

**IT IS ALSO ORDERED** that the Clerk of the United States District Court is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin, this   28th   day of June, 2013.

BY THE COURT:

 s/ William C. Griesbach
WILLIAM C. GRIESBACH, Chief Judge
United States District Court

2

Case 1:13-cv-00157-WCG   Filed 06/28/13   Page 2 of 2   Document 12